Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone:  (503) 227-4600
FAX :   (503) 248-6800
e-mail: maynards@bennetthartman.com
   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

**DAVID PHILLIP HAPGOOD,**

      Plaintiff,

      v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

      Defendant.

Civil No. CV 10-1250-HO

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,242.50, pursuant to 28 U.S.C §2412, costs in the amount of $355.40, and expenses in the amount of $100.12, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $6,698.02. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: ___21st___ day of ___Nov___, 2011

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
/s/_____
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – HAPGOOD